IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 07-cv-02119-MJW-KLM**

HECTOR SALAZAR-UGUES,

Plaintiff(s),

v.

NASH FINCH COMPANY, d/b/a AVANZA SUPERMARKETS,

Defendant(s).

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on December 11, 2007, by Judge Marcia S. Krieger and was assigned to Magistrate Judge Michael J. Watanabe on December 12, 2007.  Accordingly, the case number is converted to 07-cv-02119-MJW-KLM.

Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Kristen L. Mix is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

IT IS FURTHER ORDERED that the **Order of Reference to Magistrate Judge**, entered by Judge Krieger on October 17, 2007, is **VACATED**.

IT IS FURTHER ORDERED that the Scheduling Conference set for December 18, 2007, at 11:00 a.m., before Magistrate Judge Mix, will now be held before Magistrate Judge Michael J. Watanabe in Courtroom A-502.

DATED THIS 14th DAY OF December, 2007.

BY THE COURT:


s/ Michael J. Watanabe_____
MICHAEL J. WATANABE
United States Magistrate Judge