IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 07-cv-02119-MJW-KLM**

HECTOR SALAZAR-UGUES,

Plaintiff(s),

v.

NASH FINCH COMPANY, d/b/a AVANZA SUPERMARKETS,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Defendant Nash Finch Company d/b/a Avanza Supermarkets' Motion to Strike (docket no. 33) is DENIED. Plaintiff has provided Defendant with a new set of signed medical releases. Plaintiff has provided to Defendant all discoverable materials in his possession. Plaintiff has conceded in his response (docket no. 36) that the amount of damages claimed ($45,000) in his letter dated February 26, 2008 was an error. Plaintiff agrees with Defendant that the damages, thus far are $14,588.76. *See* page 3 the last paragraph in Plaintiff's response (docket no. 36). The deadline to complete discovery is July 31, 2008, and Defendant has not demonstrated any surprise or prejudice and Defendant has sufficient time to complete discovery.

Date: May 5, 2008