IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02119-MJW-KMT

HECTOR SALAZAR-UGUES,

    Plaintiff(s),

v.

NASH FINCH COMPANY d/b/a
AVANZA SUPERMARKETS,

    Defendant(s).

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
( Docket No. 46 )

---

This matter having come before this Court on the parties' Stipulated Motion to Dismiss with Prejudice, and the Court being adequately advised of the premises;

The motion ( Docket no. 46 ) is granted and Orders that this matter be and hereby is dismissed with prejudice, each party to bear his/its own costs and expenses.

Dated: June 25TH, 2008.

BY THE COURT:

/s/ Michael J. Watanabe
~~United States District Court Magistrate~~ Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO